# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DYNAPASS IP HOLDINGS LLC, § § | | |
| *Plaintiff*, § § | | |
| v. § | CIVIL ACTION NO. 2:23-CV-00063-JRG-RSP | |
| § § | (LEAD CASE) | |
| AMAZON.COM, INC, § § | | |
| *Defendant*. § | | |
| v. § § § | CIVIL ACTION NO. 2:23-CV-00067-JRG-RSP | |
| FIRST CITIZENS BANCSHARES, INC ET AL., § § § | (MEMBER CASE) | |
| *Defendants*. § § | | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Dynapass IP Holdings LLC ("Plaintiff") and First Citizens Bancshares, Inc. and First-Citizens Bank & Trust Company (together, "Defendants"). (Dkt. No. 67.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned Member case with prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned Member case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:23-CV-00067 as no parties or claims remain, and **MAINTAIN AS OPEN** the above-captioned Lead Case.

**So ORDERED and SIGNED this 6th day of July, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE