**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DYNAPASS IP HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Civil Action No. 2:23-cv-00063-JRG<br>(Lead Case) |
| DYNAPASS IP HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION and CHARLES SCHWAB BANK, SSB,<br><br>Defendants. | Civil Action No. 2:23-cv-00064-JRG<br>(Member Case) |

**SUPPLEMENTAL JOINT STATUS REPORT REGARDING SCHWAB'S
MOTION TO COMPEL**

Pursuant to the Discovery Order (Dkt. 58), Plaintiff Dynapass IP Holdings LLC ("Dynapass") and Defendants The Charles Schwab Corporation and Charles Schwab Bank, SSB (collectively, "Schwab") respectfully submit this Supplemental Joint Status Report in response to the Court's Order setting oral argument on Schwab's Motion to Compel (Dkt. 128) for April 1, 2024.

On March 29, 2024, Schwab received noticed from counsel for Dynapass that the defendants in the related litigation agreed to provide redacted versions of Dynapass's infringement and damages expert reports that Schwab moved to compel. In view of the other defendants'

1

agreement to provide redacted versions of the reports to Dynapass for production in this Action, Schwab agrees to withdraw without prejudice its Motion to Compel. Accordingly, the parties request that the Court cancel oral argument on Schwab's Motion to Compel (Dkt. 128) set for April 1, 2024 and deny the Motion as moot.

Dated: March 29, 2024

By: */s/ Fred I. Williams*
    Fred I. Williams
    Texas State Bar No. 00794855
    WILLIAMS SIMONS & LANDIS PLLC
    The Littlefield Building
    601 Congress Ave., Suite 600
    Austin, TX 78701
    Tel: (512) 543-1356
    fwilliams@wsltrial.com

    John Wittenzellner
    Pennsylvania State Bar No. 308996
    Williams Simons & Landis PLLC
    1735 Market Street, Suite A #435
    Philadelphia, PA 19103
    Telephone: (512) 543-1373
    johnw@wsltrial.com

    Michael J. Fagan, Jr.
    Texas State Bar No. 24087490
    Williams Simons & Landis PLLC
    2633 McKinney Avenue, Suite 130 #366
    Dallas, TX 75204
    Telephone: (512) 543-1357
    mfagan@wsltrial.com

    ***Attorneys for Plaintiff Dynapass IP Holdings LLC***

Respectfully submitted,

By: */s/ Melissa R. Smith*
    Melissa R. Smith
    Bar No. 24001351
    GILLAM & SMITH LLP
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
    Email: melissa@gillamsmithlaw.com

    Scott J. Bornstein
    Brian J. Prew
    Jeffrey R. Colin
    Elana B. Araj
    Danielle Zapata Mills
    GREENBERG TRAURIG, LLP
    One Vanderbilt Avenue
    New York, NY 10017
    Telephone: (212) 801-9200
    Facsimile: (212) 801-6400
    Email: Scott.Bornstein@gtlaw.com
    Email: prewb@gtlaw.com
    Email: colinj@gtlaw.com
    Email: Elana.Araj@gtlaw.com
    Email: zapatad@gtlaw.com

    Nicholas A. Brown
    GREENBERG TRAURIG, LLP
    101 Second St, Ste. 2200
    San Francisco, CA 94105
    Telephone: (415) 655-1300
    Facsimile: (415) 707-2010
    Email: Nicholas.Brown@gtlaw.com

    Aimee Housinger

GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 6700
Houston, TX 77002
Telephone: 713-374-3570
Facsimile: 713-374-3505
Email: housingera@gtlaw.com

***Attorneys for Defendants The
Charles Schwab Corporation
and Charles Schwab Bank, SSB***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 29, 2024, a true and correct copy of the foregoing response was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

*/s/ Melissa R. Smith*