IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DYNAPASS IP HOLDINGS LLC,<br>v.<br>AMAZON.COM, INC. | C.A. No. 2:23-cv-00063<br>(Lead Case)<br>JURY TRIAL DEMANDED |
| v.<br>EXPERIAN INFORMATION SOLUTIONS, INC. | C.A. No. 2:23-cv-00066<br>(Member Case) |

**PLAINTIFF DYNAPASS IP HOLDINGS LLC'S RESPONSE TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Dynapass Holdings, LLC ("Plaintiff") responds to Defendant Experian Information Solutions Inc.'s ("Experian") Objections to the Report and Recommendation (the "Report and Recommendation," Dkt. 145).

Experian's objections repeat the same arguments that were already considered and properly rejected by Judge Payne. Additionally, it is beyond reasonable dispute that the trial court need not proceed to the second step of the *Alice* framework if it determines that the claims at issue are not directed to a patent-ineligible concept under *Alice* step 1. *Data Engine Techs. LLC v. Google LLC*, 906 F.3d 999, 1007 (Fed. Cir. 2018) ("If the claims are not directed to a patent-ineligible concept under *Alice* step 1, the claims satisfy § 101 and we need not proceed to the second step.") (internal quotation marks omitted). Therefore, Plaintiff respectfully submits that the Report and Recommendation is well-reasoned, fully supported by the law and facts, and should be adopted by the Court.

Dated: May 24, 2024          By: */s/ Fred I. Williams*
                                                Fred I. Williams
                                                Texas State Bar No. 00794855
                                                Lea Brigtsen
                                                Texas State Bar No. 24054504
                                                WILLIAMS SIMONS & LANDIS PLLC

The Littlefield Building
601 Congress Ave., Suite 600
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
lbrigtsen@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite 125, #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

Michael J. Fagan, Jr.
Texas State Bar No. 24087490
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
mfagan@wsltrial.com

Eric Carr
California State Bar No. 333128
WILLIAMS SIMONS & LANDIS PLLC
3535 Jewell Street
San Diego, CA 92109
Tel: 512-543-1359
ecarr@wsltrial.com

*Attorneys for Plaintiff Dynapass IP Holdings LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 24, 2024, the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams
