IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DYNAPASS IP HOLDINGS LLC,<br><br>v.<br><br>AMAZON.COM, INC. | C.A. No. 2:23-cv-00063<br><br>(Lead Case) |
| v.<br><br>EXPERIAN INFORMATION SERVICES, INC. | C.A. No. 2:23-cv-00066<br><br>(Member Case) |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Dynapass IP Holdings LLC ("Dynapass") and Defendant Experian Information Solutions, Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice with all attorneys' fees, costs of court, and expenses borne by the party incurring same.

Dated: October 21, 2024                    Respectfully submitted,

By: *Fred I. Williams*
    Fred I. Williams
    Texas State Bar No. 00794855
    Lea Brigtsen
    Texas State Bar No. 24054504
    Stephen R. Dartt
    Texas State Bar No. 24042370
    WILLIAMS SIMONS & LANDIS PLLC
    The Littlefield Building
    601 Congress Ave., Suite 600
    Austin, TX 78701
    Tel: (512) 543-1356
    fwilliams@wsltrial.com
    lbrigtsen@wsltrial.com

By: */s/ James B. Hatten*
    James B. Hatten
    Ga. Bar No. 963831
    jhatten@bakerlaw.com
    BAKER & HOSTETLER LLP
    1170 Peachtree Street
    Suite 2400
    Atlanta, GA 30309-7676
    Telephone: 404.256.8242
    Facsimile: 404.459.5734

    R. Scott Feldmann (LEAD COUNSEL)
    Cal. Bar No. 169230

sdartt@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
Williams Simons & Landis PLLC
1735 Market Street, Suite A #435
Philadelphia, PA 19103
Telephone: (512) 543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff Dynapass IP Holdings LLC*

sfeldmann@bakerlaw.com
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone: 714.754.6600
Facsimile:714.754.6611

Jeffrey J. Lyons
Del. Bar No. 6437
BAKER & HOSTETLER LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Telephone: 302.468.7088

Jeremy K. Chai
Cal. Bar No. 335250
BAKER & HOSTETLER LLP
Los Angeles, CA
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: 310.979.8486

Melissa Richards Smith (TBN 24001351)
melissa@gillamsmithlaw.com
Tom Gorham (TBN 24012715)
tom@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Counsel for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 21, 2024, the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF System, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams