# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DYNAPASS IP HOLDINGS LLC, | § § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00063-JRG-RSP |
| AMAZON.COM, INC., | § § § | (LEAD CASE) |
| *Defendant*. | § § | |
| DYNAPASS IP HOLDINGS LLC, | § § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00066-JRG-RSP |
| EXPERIAN INFORMATION SERVICES, INC. | § § § § | (MEMBER CASE) |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Dynapass IP Holdings, LLC ("Plaintiff") and Defendant Experian Information Services, Inc. ("Defendant"). (Dkt. No. 224.) In the Motion, the parties represent that Member Case No. 2:23-cv-00066 has been resolved and request dismissal with prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Experian in Member Case No. 2:23-cv-00066 are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief between Plaintiff and Experian in the above-captioned member case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case 2:23-cv-00066-JRG-RSP and **CLOSE** Lead Case 2:23-cv-00063-JRG-RSP as no parties or claims remain.

**So ORDERED and SIGNED this 6th day of November, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE